UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Jennifer Grossman,<br>    *Plaintiff,*<br><br>v.<br><br>Wal-Mart Stores Texas, LLC, and<br>Wal-Mart Inc.,<br>    *Defendants.* | Case No. 1:24-CV-00361-JRN |

## ORDER OF DISMISSAL

IT IS ORDERED that the Agreed Motion to Dismiss (Dkt. 17) is GRANTED and that Plaintiff Jennifer Grossman's causes of action against Defendants Wal-Mart Stores Texas, LLC and Wal-Mart Inc., are DISMISSED with prejudice, with all costs of court to be taxed against the party incurring same. This case is now CLOSED.

**SIGNED** on October 10, 2025.

_____
JAMES R. NOWLIN
SENIOR U.S. DISTRICT JUDGE